

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JAN 31  PM 1: 57

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

WADE BATISTE                                                CIVIL ACTION
                                                            NO. 05-4581

VERSUS

WAL-MART STORES, INC. CLAIMS                                SECTION M
MANAGEMENT, INC. ET AL.

## ORDER

Before the Court is Defendants' Motion for Summary Judgment, which is opposed and which came for hearing on January 31, 2007, on the briefs. After consideration of the motion, the briefs, and the applicable law, the Court denies the motion.

Plaintiff, Wade Batiste, alleges that on August 7, 2004, he was injured while using a "Mack" 2 ton hydraulic floor jack, Model No. 9300, purchased from Defendant Wal-Mart Stores, Inc. (Wal-Mart) and manufactured by Defendant, Rally Manufacturing, Inc. (Rally). He alleges that at the time of accident, he was properly using the jack to repair his pick-up truck but that the jack failed, resulting in the vehicle falling on top of him. Batiste's alleged injuries included broken ribs, a broken collar bone, a punctured and collapsed right lung and injuries to his left knee. He was hospitalized for an extended period of time.

Defendants bring this motion for summary judgment contending that Batiste cannot carry his burden of proving that his damages were proximately caused by a design defect

in the jack, as his only evidence is an expert report of Claude Mount. Batiste opposes the motion alleging that his evidence is sufficient to defeat the motion.

Federal Rule of Civil Procedure 56 provides that summary judgment is rendered if the pleadings and the evidence show there is no genuine issue of material fact. Here Batiste presents a report by his expert that there was a design defect which may have caused the accident. Moreover, in his pleadings, he also alleges there was failure to warn. These are factual issues for the jury. As such, summary judgment is not appropriate.

Accordingly, the Motion is DENIED.

New Orleans, Louisiana, this __31__ day of January, 2007.

                                      Peter Beer
                                United States District Judge